Acknowledged
TWP
October 10, 2013

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARY LAZO, individually and on behalf of all others similarly situated,  § § § § § § | Civil Action No.: 1:13-cv-332-TWP-TAB |
| Plaintiff, § § | |
| v. § § | |
| FORUM CREDIT UNION, § § § | |
| Defendant. § § § | |

### **STIPULATION OF DISMISSAL**

The Parties stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Costs to be taxed against the party incurring same.

Date:   October 9, 2013.

          Respectfully submitted,

          *s/ Eric G. Calhoun*
          Eric G. Calhoun
          Bar No. 16225450
          **TRAVIS & CALHOUN, P.C.**
          1000 Providence Towers East
          5001 Spring Valley
          Dallas, Texas 75244
          (972) 934-4100 - Telephone
          (972) 934-4101 - Facsimile
          email:eric@travislaw.com

          *s/ Ryan Frasher*
          Ryan Frasher, Esq.
          **THE FRASHER LAW FIRM, P.C.**
          155 E. Market Street, Ste. 450
          Indianapolis, IN 46204

(317) 634-5544 – telephone
(317) 630-4824 – facsimile
email: rfrasher@frasherlaw.com
Attorneys for Plaintiff [*]


*s/ Scott E. Murray*

Scott E. Murray
**Barnes & Thornburg, LLP**
11 S. Meridian St.
Indianapolis, IN 46204
(317) 231-7504 - telephone
(317) 231-7433 - facsimile
Attorney For Defendant